IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DESIREE GESKY                                                                                       PLAINTIFF

vs.                                            Civil No. 2:10-cv-02184

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 24th day of January 2012 comes for consideration the Report and Recommendation dated December 21, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 14).  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE